IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

**AVAMERE NPS CARPENTERS, LLC**

Debtor.

\*

\*

\*

Case No. 23-00286 ELG
Chapter 11

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER APPROVING EMPLOYMENT OF JUSTIN P. FASANO, ESQUIRE, CRAIG M. PALIK, ESQUIRE AND MCNAMEE HOSEA, P.A., AS COUNSEL FOR DEBTOR

**UPON CONSIDERATION** of the Application for Employment of Justin P. Fasano, Esquire, Craig M. Palik, Esquire and McNamee Hosea, P.A., as Counsel for Debtor, and this Court having found that Justin P. Fasano, Esquire, Craig M. Palik, Esquire are attorneys duly authorized to practice in the District of Columbia, and the Court having been satisfied that Justin P. Fasano, Craig M. Palik, Esquire and McNamee Hosea, P.A., do not hold any interest adverse to the Debtor, Avamere NPS Carpenters, LLC (the "Debtor"), or the estate, and are "disinterested persons" within the meaning of 11 U.S.C. §101(14), it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that Debtor be and is authorized to employ under general retainer Justin P. Fasano, Esquire, Craig M. Palik, Esquire and the law firm of McNamee Hosea, P.A. the ("Law Firm") as counsel for Debtor as of the Petition Date, and that all compensation paid to the Law

1

Firm by Debtor is subject to review and approval by further Order of this Court.

Copies to:

Sara Kathryn Mayson, Esq.
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
sara.kathryn.mayson@usdoj.gov

Justin P. Fasano
Craig M. Palik
McNamee Hosea et al.
6404 Ivy Lane
Suite 820
Greenbelt, MD 20770
jfasano@mhlawyers.com
cpalik@mhlawyers.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
mac@mbvesq.com

**END OF ORDER**