| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 23-00286<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Thu Oct  5 18:23:31 EDT 2023 | Avamere NPS Carpenters LLC<br>c/o James Smith<br>44050 Ashburn Shopping Plaza<br>Suite 195-637<br>Ashburn, VA 20147-7915 | WCP Fund I LLC<br>c/o Maurice B. VertSandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012-4422 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Linden and Cassedy Condominium<br>c/o Brandon Fields, Esq.<br>Rudolph Fileds<br>4416 East-West Hwy<br>Bethesda, MD 20814-4565 | Montgomery County<br>Department of Finance<br>Division of Tresury<br>255 Rockville Pike, L-15<br>Rockville, MD 20850-4188 |
| Odeh Properties, LLC<br>12839 Rose Grove Drive<br>Silver Spring, MD 20910 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Justin Philip Fasano<br>McNamee Hosea, P.A.<br>6404 Ivy Lane<br>Ste 820<br>Greenbelt, MD 20770-1416 |

End of Label Matrix
Mailable recipients     8
Bypassed recipients     0
Total                   8