22NTCHRG

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:  |  Case No. 23-00286-ELG

**Avamere NPS Carpenters LLC**  |  Chapter 11
Debtor(s).

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 11/29/2023 at 10:00 AM

via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 10/11/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.