```
Label Matrix for local noticing          Avamere NBS Carpenters LLC              WCP Fund I LLC
0090-1                                   c/o James Smith                          c/o Maurice B. VertSandig, Esq.
Case 23-00286                            44050 Ashburn Shopping Plaza             The VerStandig Law Firm, LLC
United States Bankruptcy Court for the Distri   Suite 195-637                    1452 W. Horizon Ridge Pkwy
Washington, D.C.                         Ashburn, VA 20147-7915                   #665
Thu Oct  5 18:23:31 EDT 2023                                                      Henderson, NV 89012-4422

Washington, D.C.                         Linden and Cassedy Condominium           Montgomery County
E. Barrett Prettyman U. S. Courthouse    c/o Brandon Fields, Esq.                 Department of Finance
333 Constitution Ave, NW #1225           Rudolph Fileds                            Division of Tresury
Washington, DC 20001-2802                4416 East-West Hwy                       255 Rockville Pike, L-15
                                         Bethesda, MD 20814-4565                  Rockville, MD 20850-4188


Odeh Properties, LLC                     U. S. Trustee for Region Four            Justin Philip Fasano
12839 Rose Grove Drive                   U. S. Trustee's Office                   McNamee Hosea, P.A.
Silver Spring, MD 20910                  1725 Duke Street                          6404 Ivy Lane
                                         Suite 650                                 Ste 820
                                         Alexandria, VA 22314-3489                Greenbelt, MD 20770-1416



End of Label Matrix
Mailable recipients     8
Bypassed recipients     0
Total                   8
```