IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: **Avamere NPS Carpenters, LLC,** Debtor. | Bankr. Case No. 23-00286-ELG  Chapter 11 |
|---|---|

## U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

Gerard R. Vetter, Acting United States Trustee for Region 4, by counsel, moves this Court to convert this chapter 11 case to chapter 7 or, in the alternative, dismiss this case, whichever is in the best interests of the creditors and the estate.

In support of this motion the following representations are made:

1. The Court has authority to hear and decide this matter. 28 U.S.C. § 1334.

2. This is a core matter.  28 U.S.C. § 157(b)(2)(A).

3. On October 5, 2023, the Debtor filed this case under chapter 11 of the Bankruptcy Code. Dkt No. 1.

4. The Debtor is a Single Asset Real Estate, whereby the entirety of the value to the estate is a piece of property the Debtors owns at 2725 Cassedy Street, Silver Spring, Maryland 20910 ("Property").

5. On November 9, 2023, the § 341 Meeting of Creditors was held.

6. At the Meeting of Creditors, there was no insurance on the Property because of a mix up but the Debtor expected to have insurance in place on the Property by the end of that week.

Office of United States Trustee
Sara Kathryn Mayson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423
sara.kathryn.mayson@usdoj.gov

7. The U.S. Trustee inquired about the status of the insurance on November 21, 2023 and on November 27, 2023 but has not received confirmation of or proof of insurance.

8. The Bankruptcy Code at 11 U.S.C. § 1112(b)(1) provides that when a movant establishes cause, the Court shall either convert to chapter 7 or dismiss a case filed under this chapter based on whichever is in the best interests of creditors and the estate.

9. At the time of filing this Motion, the Debtor has failed to provide proof of insurance on the Property and has failed to respond to requests by the U.S. Trustee.

10. The Debtor has failed to provide certain reasonably requested documents to the U.S. Trustee, such as:

    a. Proof of insurance; and

    b. Certificate of insurance with the U.S. Trustee Office listed as notification holder.

## Argument

The Court, for cause, after notice and hearing, may dismiss or convert a case to a case under chapter 7, whichever is in the best interests of the creditors and the estate. 11 U.S.C. § 1112(b)(1).

Cause exists to grant the requested relief under 11 U.S.C. § 1112(b)(4)(C), and (H) for failure to provide proof of insurance, and failure to timely provide information reasonable requested by the United States Trustee.

The Debtor has failed to provide to the U.S. Trustee proof of insurance coverage on the Property. Lack of insurance is one of the biggest concerns for a real property case where insurance is essential to preserve the assets and protect the bankruptcy estate. Under § 1112(b)(4)(C) cause exists for "failure to maintain appropriate insurance that poses a risk to the estate or to the public". Counsel for the Debtor has not provided proof of insurance showing that the Debtor has insurance

on the two homes or two vehicles which would protect the estate. This is cause for conversion or dismissal of the case.

The Debtor is required to provide certain financial information to the U.S. under the Chapter 11 Guidelines established by the U.S. Trustee for cases filed in the District of Columbia as a means of performing his duty to "supervise the administration of cases". *See* 28 U.S.C. § 586(a)(3). Such financial and business information includes, but is not limited to: proof of insurance, and copy of certificate of insurance listing the Office of the U.S. Trustee as notice holder. The Office of the U.S. Trustee has made several requests to counsel for the Debtor requesting certain information of the Debtor that is requested of every debtor when a chapter 11 case is filed. As of the date and time of filing this Motion, the U.S. Trustee has still not received a complete response to his request and has not received: 1) Proof of Insurance; and 2) the Certificate of Insurance listing the Office of the U.S. Trustee as a notice party. These issues constitute cause under § 1112(b)(4)(H) for failure to provide information reasonably requested by the U.S. Trustee.

As the U.S. Trustee has established a *prima facie* case that "cause" exists to convert or dismiss this case, the burden shifts to the Debtor to demonstrate that "unusual circumstances" exist to avoid the mandatory conversion or dismissal of their case. *See* 11 U.S.C. § 1112(b)(2). The only exception to conversion or dismissal would be if the bankruptcy court specifically identifies "unusual circumstances . . . that establish that such relief is not in the best interest of creditors and the estate." *See* 11 U.S.C. § 1112(b)(1). For the exception to apply, the debtor must either: "(a) demonstrate that unusual circumstances exist that would make dismissal or conversion unfavorable to the creditors or estate; or (b) establish that a plan will be confirmed and that the act or omission that forms the basis for the aforementioned cause to dismiss or convert will be cured within a reasonable period of time." *In re Park*, 426 B.R. 811, 815 (Bankr. W.D. Va. 2010); see also *Warren*

3

*v. Young (In re Warren)*, No. 08-31697, 2015 WL 3407244, at *4 (9th Cir. BAP May 28, 2015) (determining that to defeat a prima facie case, (1) the debtor must prove and the bankruptcy court must "find and specifically identify" that "unusual circumstances" exist to show that conversion or dismissal is not in the best interest of the creditors and the estate; and (2) the debtor must prove that the cause for conversion or dismissal was reasonably justified, and that the basis for dismissal or conversion can be "cured" within a reasonable time).

The U.S. Trustee is unaware of any unusual circumstances that would result in a finding that either conversion or dismissal of this case in not in the interest of the creditors of the estate.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an order converting this case to a case under chapter 7 of the Bankruptcy Code or dismiss this case.

November 28, 2023                                    GERARD R. VETTER
                                                     ACTING U.S. TRUSTEE, REGION 4


                                                     By:  */s/ Sara Kathryn Mayson*
                                                     Sara Kathryn Mayson
                                                     Trial Attorney, NC Bar # 55280
                                                     1725 Duke Street, Suite 650
                                                     Alexandria, VA 22314
                                                     (703) 557-0423 (Direct Dial)
                                                     (202) 841-8501 (Office Cell)
                                                     sara.kathryn.mayson@usdoj.gov


**Certificate of Service**

I hereby certify that on November 28, 2023, I electronically filed the foregoing Motion to Dismiss or Convert with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

- **Kristen S. Eustis**   Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Justin Philip Fasano**   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

- **Sara Kathryn Mayson**  sara.kathryn.mayson@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Craig Palik**  cpalik@mhlawyers.com, cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;hleaphart@mhlawyers.com;palik.craigr92003@notify.bestcase.com
- **U. S. Trustee for Region Four**  USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**  mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I hereby certify that a copy of the Motion was also served upon all the parties listed below, by first class mail, postage prepaid:

**Avamere NPS Carpenters LLC**
c/o James Smith
44050 Ashburn Shopping Plaza
Suite 195-637
Ashburn, VA 20147

/s/ *Sara Kathryn Mayson*