The order below is hereby signed.

Signed: December 9 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: ) | Case No. 23-00285-ELG | |
| ) | | |
| AVAMERE NPS STABLES LLC ) | (Chapter 11) | |
| ) | | |
| Debtor. ) | | |
| ) | | |
| In re: ) | Case No. 23-00286-ELG | |
| ) | | |
| AVAMERE NPS CARPENTERS LLC ) | (Chapter 11) | |
| ) | | |
| Debtor. ) | | |
| ) | | |

**<u>ORDER DENYING TRUSTEE'S MOTION TO CONVERT OR DISMISS</u>**

Upon consideration Trustee's Motion to Convert or Dismiss (the "Motion to Convert or Dismiss"), and the opposition of Avamere NPS Stables, LLC and Avamere NPS Carpenters, LLC ("Debtors") and WCP Fund I, LLC, thereto, and based on the arguments and proffers made on the record, it is, by the United States Bankruptcy Court for the District of Columbia, hereby,

1

ORDERED, that the Motion to Convert or Dismiss is DENIED WITHOUT PREJUDICE, and it is further ORDERED, that the Debtors shall obtain liability insurance by December 13, 2023.

### END OF ORDER

### I ASK FOR THIS

/s/ Justin P. Fasano
Craig M.  Palik, Esq.
Justin P. Fasano, Esq.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420: Telephone
(301) 982-9450: Facsimile
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for the Debtors*

### SEEN AND CONSENTED TO:

/s/ Maurice B. VerStandig
 Maurice B. VerStandig, Esq.
 Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
Counsel for WCP Fund I LLC

**SEEN AND OBJECTED TO:**

GERARD R. VETTER
ACTING U.S. TRUSTEE, REGION 4

By: /s/ Sara Kathryn Mayson
Sara Kathryn Mayson
Trial Attorney, NC Bar # 55280
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-0423 (Direct Dial)
(202) 841-8501 (Office Cell)
sara.kathryn.mayson@usdoj.gov