```
Label Matrix for local noticing           Ayemere NPS Carpenters, LLC              WCP Fund I LLC
0090-1                                    c/o James Smith                          c/o Maurice B. VertSandig, Esq.
Case 23-00286-ELG                         44050 Ashburn Shopping Plaza             The VerStandig Law Firm, LLC
United States Bankruptcy Court for the Distri  Suite 195-637                       1452 W. Horizon Ridge Pkwy
Washington, D.C.                          Ashburn, VA 20147-7915                   #665
Thu Dec 28 11:11:07 EST 2023                                                       Henderson, NV 89012-4422

Washington, D.C.                          Linden and Cassedy Condominium           Montgomery County
E. Barrett Prettyman U. S. Courthouse     c/o Brandon Fields, Esq.                 Department of Finance
333 Constitution Ave, NW #1225            Rudolph Fileds                           Division of Tresury
Washington, DC 20001-2802                 4416 East-West Hwy                       255 Rockville Pike, L-15
                                          Bethesda, MD 20814-4565                  Rockville, MD 20850-4188


Odeh Properties, LLC                      The National Park Seminary               U. S. Trustee for Region Four
12839 Rose Grove Drive                    Master Association, Inc.                 U. S. Trustee's Office
Silver Spring, MD 20910                   C/O ABARIS REALTY, INC.                  1725 Duke Street
                                          7811 MONTROSE ROAD, SUITE 110            Suite 650
                                          Potomac, MD 20854-3349                   Alexandria, VA 22314-3489


WCP Fund I, LLC                           Craig Palik                              Justin Philip Fasano
2815 Hartland                             McNamee Hosea                            McNamee Hosea, P.A.
Falls Church, VA 22043-3548               6404 Ivy Lane                            6404 Ivy Lane
                                          Suite 820                                Ste 820
                                          Greenbelt, MD 20770-1416                 Greenbelt, MD 20770-1416


End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11
```