| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 23-00286-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Wed Jan 17 11:49:43 EST 2024 | Avamere NBS Carpenters LLC<br>c/o James Smith<br>44050 Ashburn Shopping Plaza<br>Suite 195-637<br>Ashburn, VA 20147-7915 | WCP Fund I LLC<br>c/o Maurice B. VertSandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012-4422 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Linden and Cassedy Condominium<br>c/o Brandon Fields, Esq.<br>Rudolph Fileds<br>4416 East-West Hwy<br>Bethesda, MD 20814-4565 | Montgomery County<br>Department of Finance<br>Division of Tresury<br>255 Rockville Pike, L-15<br>Rockville, MD 20850-4188 |
| Odeh Properties, LLC<br>12839 Rose Grove Drive<br>Silver Spring, MD 20910 | The National Park Seminary<br>Master Association, Inc.<br>C/O ABARIS REALTY, INC.<br>7811 MONTROSE ROAD, SUITE 110<br>Potomac, MD 20854-3349 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| WCP Fund I, LLC<br>2815 Hartland<br>Falls Church, VA 22043-3548 | Craig Palik<br>McNamee Hosea<br>6404 Ivy Lane<br>Suite 820<br>Greenbelt, MD 20770-1416 | Justin Philip Fasano<br>McNamee Hosea, P.A.<br>6404 Ivy Lane<br>Ste 820<br>Greenbelt, MD 20770-1416 |

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11