The order below is hereby signed.

Signed: February 2 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-00285-ELG |
| | ) | |
| **AVAMERE NPS STABLES LLC** | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Case No. 23-00286-ELG |
| | ) | |
| **AVAMERE NPS CARPENTERS LLC** | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |

## ORDER COMBINING HEARING ON APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF DEBTORS' JOINT PLAN OF LIQUIDATION

Upon consideration of the *Motion for Order Combining Hearing on Approval of Disclosure Statement and Confirmation of Debtors' Joint Plan of Liquidation* (the "Motion") filed by Avamere NPS Stables LLC ("Stables") and Avamere NPS Carpenters LLC ("Carpenters," and collectively with Stables, the "Plan Sponsors") seeking to combine the hearing on the *Debtors' Joint Plan of Liquidation* (the "Plan," Stables Docket No. 47, Carpenters

Docket No. 35) and *Disclosure Statement with Respect to Debtors' Joint Plan of Liquidation* (the "Disclosure Statement," Stables Docket No. 48; Carpenters Docket No. 36); and good cause being shown:

IT IS ORDERED, and notice is hereby given, that:

A.      The Motion is GRANTED.

B.      March 6, 2024, is fixed as the last day for filing objections to the Disclosure Statement and for filing written acceptances or rejections of the Plan referred to above. Acceptances and rejections should be filed with the attorney for the Plan Sponsors at the address below.

C.      The Plan Sponsors shall transmit this Order, the Plan, the Disclosure Statement, and a ballot conforming to Official Form 314 to creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d). Counsel for the Plan Sponsors shall file a certificate of service.

D.      March 13, 2024 at 1:00 PM is fixed for the hearing on confirmation of the Plan to take place in Courtroom 1 of the U.S. Bankruptcy Court, U.S. Courthouse, 333 Constitution Avenue, NW, Washington, D.C. 20001. Parties may also attend via Zoom. Parties in interest with questions may contact the courtroom deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

E.      March 6, 2024, is fixed as the last day for filing and serving pursuant to Federal Bankruptcy Rule 3020(b)(1) written objections to confirmation of the Plan.

F.      The Plan Sponsors shall file a tally of ballots on or before March 11, 2024.

Copies to:

Attorney for Plan Sponsors –

Justin Philip Fasano
McNamee, Hosea, P.A.
6404 Ivy Lane
Suite 820
Greenbelt, MD 20770

<u>I ASK FOR THIS</u>

/s/ *Justin P. Fasano*
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Debtors*


**<u>SEEN AND NO OBJECTION</u>**

GERARD VETTER,
ACTING U.S. TRUSTEE, REGION 4

<u>/s/ Sara Kathryn Mayson</u>
Sara Kathryn Mayson
Trial Attorney
Office of the U.S. Trustee
Mobile: (202) 841-8501
Sara.Kathryn.Mayson@usdoj.gov