**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** ) | Case No. 23-00285-ELG | |
| ) | | |
| **AVAMERE NPS STABLES LLC** ) | (Chapter 11) | |
| ) | | |
| Debtor. ) | | |
| ) | | |
| **In re:** ) | Case No. 23-00286-ELG | |
| ) | | |
| **AVAMERE NPS CARPENTERS LLC** ) | (Chapter 11) | |
| ) | | |
| Debtor. ) | | |
| ) | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2024, a copy of the (1) *Debtors' Joint Plan of Liquidation* (the "Plan," Stables Docket No. 47, Carpenters Docket No. 35); (2) the *Disclosure Statement with respect to Debtors' Joint Plan of Liquidation* (the "Disclosure Statement," Stables Docket No. 48; Carpenters Docket No. 36) and (3) this Court's *Order Combining Hearing on Approval of Disclosure Statement and Confirmation of Debtors' Joint Plan of Liquidation* (Stables Docket No. 58, Carpenters Docket No. 46)[1]; and (4) with respect to creditors entitled to vote, a ballot conforming to Official Form 314, was distributed by first class mail, postage prepaid to the parties on the attached service list.

---

[1] With respect to each paper, only the version on file in the case of Avamere NPS Stables, LLC was mailed. The version on file in the case of Avamere NPS Carpenters, LLC is identical except for the PACER case stamp on top of each page.

_____
Justin P. Fasano (Fed Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*

**With a class 1 ballot**

Effect Inc.
1350 Beverly Road, Suite 115-316
McLean, VA 22101-3917

Montgomery County
Office of the County Attorney
101 Monroe Street
Rockville, MD 20850-2503

**With a class2 ballot**

WCP Fund I, LLC
2815 Hartland
Falls Church, VA 22043-3548

WCP Fund I LLC
c/o Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy#665
Henderson, NV 89012-4422

**With a class 3 ballot**

WCP Fund I, LLC
2815 Hartland
Falls Church, VA 22043-3548

WCP Fund I LLC
c/o Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy#665
Henderson, NV 89012-4422|

**With a class 4 ballot**

Odeh Properties, LLC
12839 Rose Grove Drive
Silver Spring, MD 20910

**With a class 5 ballot**

Linden and Cassedy Condominium
c/o Brandon Fields, Esq.
Rudolph Fields
4416 East-West Hwy
Bethesda, MD 20814-4565

**With a class 6 ballot**

National Park Seminary Master Assoc., Inc.
Stanford L. Kimmel III, Esq
1321 Generals Hwy., Suite 302
Crownsville, MD 21032-2060

The National Park Seminary Master Association, Inc.
c/o Abaris Realty, Inc.
811 Montrose Road, Suite 110
Potomac, MD 20854-3349

**With a class 7 ballot**

B & L Funding, LLC
5600 Ashton Park Court
Glen Allen, VA 23059-7127

**With a class 8 ballot**

Linden and Cassedy Condominium
c/o Brandon Fields, Esq.
Rudolph Fields
4416 East-West Hwy
Bethesda, MD 20814-4565

National Park Seminary Master Assoc., Inc.
Stanford L. Kimmel III, Esq
1321 Generals Hwy., Suite 302
Crownsville, MD 21032-2060

The National Park Seminary Master Association, Inc.
c/o Abaris Realty, Inc.
811 Montrose Road, Suite 110
Potomac, MD 20854-3349

Odeh Properties, LLC
12839 Rose Grove Drive
Silver Spring, MD 20910

B & L Funding, LLC
5600 Ashton Park Court
Glen Allen, VA 23059-7127

**With a class 9 ballot**

James Smith
44050 Ashburn Shopping Plaza
Suite 195-637
Ashburn, VA 20147-7915


**With no ballot**

U. S. Trustee for Region Four
U. S. Trustee's Office|
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489||

Dated: February 6, 2024        Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (Fed Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024 a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

/s/ *Justin P. Fasano*
Counsel