# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA
## CHAPTER 11 CONFIRMATION HEARING - TALLY OF BALLOTS
### Debtors' Joint Plan of Liquidation

IN RE: Avamere NPS Stables, LLC, case no. 23-00285-ELG and
IN RE: Avamere NPS Carpenters, LLC, case no. 23-00286-ELG

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $Value of[1] Claims Voting | # Accepting | % Accepting | $ Value of Acceptances | % of Value accepting | # Rejecting | % Rejecting | $ Value of Rejecting | Indicate if claim is unimpaired |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | $0.00 | 0 | 0 | 0 | 0 | 0 | 0% | $0.00 | Unmpaired |
| 2 | 1 | $3,479,229.53 | 1 | 100% | $3,479,229.53 | 0 | 0 | 0% | $0.00 | Impaired |
| 3 | 1 | $4,117,623.79 | 1 | 100% | $4,117,623.79 | 0 | 0 | 0% | $0.00 | Impaired |
| 4 | 0 | $0.00 | 0 | 0% | 0 | 0 | 0 | 0% | $0.00 | Impaired |
| 5 | 0 | $0.00 | 0 | 0% | 0 | 0 | 0 | 0% | $0.00 | Impaired |
| 6 | 0 | $0.00 | 0 | 0% | 0 | 0 | 0 | 0% | $0.00 | Impaired |
| 7 | 0 | $0.00 | 0 | 0% | 0 | 0 | 0 | 0% | $0.00 | Impaired |
| 8 | 0 | $0.00 | 0 | 0% | 0 | 0 | 0 | 0% | $0.00 | Impaired |
| 9 | 0 | $0.00 | 0 | 0% | 0 | 0 | 0 | 0% | $0.00 | Impaired |

---

[1] All amounts listed herein are based upon payoff statements provided by counsel for the claimant. Debtors do not hereby admit or deny the appropriateness of the allowance of the amounts stated herein. Creditors have reserved their rights to adjust these amounts.

## CERTIFICATION

I certify that the foregoing ballot summary sets forth an accurate and complete tabulation of all ballots received as to rejection and acceptance of the *Debtors' Joint Plan of Liquidation*, by class of creditors and interests, with number and total amount of claims or interests in each category.

Dated: March 7, 2024

MCNAMEE HOSEA, P.A.

/s/ Justin P. Fasano
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I further certify that a true copy of the foregoing *Tally of Ballots* was sent on March 7, 2024, by CM/ECF to all parties receiving notice thereby.

/s/ *Justin P. Fasano*
Justin P. Fasano

2