# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 23-00285-ELG** |
| | ) | |
| **AVAMERE NPS STABLES LLC** | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | **Case No. 23-00286-ELG** |
| | ) | |
| **AVAMERE NPS CARPENTERS LLC** | ) | **(Chapter 11)** |
| | ) | |
| Debtor. | ) | |
| | ) | |

### LINE SUBMITTING PROPOSED ORDER CONFIRMING DEBTORS' JOINT PLAN OF LIQUIDATION AND APPROVING DISCLOSURE STATEMENT IN CONNECTION WITH DEBTORS' JOINT PLAN OF LIQUIDATION

Avamere NPS Stables LLC ("Stables") and Avamere NPS Carpenters LLC ("Carpenters," and collectively with Stables, the "Debtors") submit for the Court's review the attached proposed *Order Confirming Debtors' Joint Plan of Liquidation and Approving Disclosure Statement in Connection With Debtors' Joint Plan of Liquidation*.

**[signatures on next page]**

_____
Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*

Dated: March 11, 2024          Respectfully submitted

<div style="margin-left:3em">

/s/ Justin P. Fasano
Justin P. Fasano (Fed Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jfasano@mhlawyers.com
*Counsel for the Debtors*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

                                           /s/ *Justin P. Fasano*
                                           Counsel