**McNamee Hosea**
Attorneys & Advisors

McNamee Hosea
6404 Ivy Lane, Suite 820   O 301.441.2420
Greenbelt, Maryland 20770   F 301.982.9450

mhlawyers.com

Avamere NPS Carpenters LLC
Jamie Smith
44050 Ashburn Shopping Plaza
Suite 195-637
Ashburn, VA 20147

Statement as of March 13, 2024

Statement No. 341900

|  | Previous Balance | Current Fees | Current Expenses | Current Billing | Payments | Total Balance Due |
|---|---|---|---|---|---|---|
| **Matter ID:22466-1001** <br> General Matters and Expenses | 0.00 | 2,124.00 | 31.00 | 2,155.00 | 0.00 | 2,155.00 |
| **Matter ID:22466-1002** <br> Preparation of Petition and Schedules | 0.00 | 921.60 | 0.00 | 921.60 | 0.00 | 921.60 |
| **Matter ID:22466-1003** <br> Administration | 0.00 | 2,319.75 | 0.00 | 2,319.75 | 0.00 | 2,319.75 |
| **Matter ID:22466-1004** <br> Employment and Fee Application | 0.00 | 432.45 | 0.00 | 432.45 | 0.00 | 432.45 |
| **Matter ID:22466-1005** <br> Disclosure Statement and Plan | 0.00 | 3,318.30 | 0.00 | 3,318.30 | 0.00 | 3,318.30 |

Total Now Due:   $9,147.10

**Thank You**
Terms: Net Due Upon Receipt
Please include Matter ID Number with Remittance
**Please visit www.mhlawyers.com/payments to pay online.**
**We accept VISA, MaterCard, Discover, American Express and ACH (bank to bank) payments.**

**McNamee Hosea**
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420

Avamere NPS Carpenters LLC
Jamie Smith
44050 Ashburn Shopping Plaza
Suite 195-637
Ashburn, VA 20147

Statement as of: March 13, 2024

Statement No. 341900

Matter ID: 22466-1001
General Matters and Expenses

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---|---|
| 10/09/2023 | JPF | Calls with Smith regarding subordination issue. | 0.30 | 120.00 |
| 11/02/2023 | JPF | E-mails regarding IDI, 341. | 0.20 | 80.00 |
| 11/15/2023 | JPF | E-mails and calls with Verstandig/ Smith/ Glaser regarding subordination issues. | 0.60 | 240.00 |
| 11/21/2023 | JPF | Call with J. Smith regarding insurance issues, email with S. MAyson. | 0.30 | 120.00 |
| 11/29/2023 | JPF | Prepare for and attend status conference, calls with J. Smith thereafter. | 0.50 | 200.00 |
| 12/05/2023 | JPF | Draft response regarding motion to dismiss, call with Verstandig regarding same. | 0.50 | 200.00 |
| 12/06/2023 | JPF | Hearing on motion to dismiss regarding insurance. | 0.50 | 200.00 |
| 12/27/2023 | JPF | Work on MORs, motion to dismiss, call with Verstandig and SMith regarding same. | 0.60 | 240.00 |
| 12/28/2023 | JPF | Finalize and file motion to dismiss, call Verstandig. | 0.30 | 120.00 |
| 01/09/2024 | JPF | Prepare for hearing | 0.20 | 80.00 |
| 01/11/2024 | JPF | Work on disclosure statement, motion to combine. | 1.60 | 640.00 |
| 01/23/2024 | JPF | E-mail regarding MORs | 0.10 | 40.00 |
| 01/31/2024 | JPF | Attend hearing, call with Verstandig, revise order regarding combining hearing. | 0.20 | 80.00 |
| | | Sub-total Fees: | | 2,360.00 |
| | | 10% Courtesy Discount | | (236.00) |
| | | 10% Courtesy Discount | | (236.00) |

| **Expenses** | | Amount |
|---|---|---|
| | Prints - BW | 31.00 |
| | Sub-total Expenses: | $31.00 |
| | 10% Courtesy Discount | (236.00) |
| | 10% Courtesy Discount | (236.00) |

| **Totals This Matter: 22466-1001** | | |
|---|---|---|
| | Total Current Billing: | $2,155.00 |
| | Previous Balance Due: | $0.00 |
| | Interest on Past Due Balance: | $0.00 |

|  |  |  | Payments: | $0.00 |
|---|---|---|---:|---:|
|  |  |  | **Sub-Total This Matter:** | **$2,155.00** |

Matter ID: 22466-1002
Preparation of Petition and Schedules

| **Professional Fees** |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/18/2023 | CMP | E-mail to Smith regarding completion of schedules | 0.20 | 85.00 |
| 10/18/2023 | CSM | Download and Email a copy of the Schedules and Statement of Finacial Affairs for review | 0.10 | 14.00 |
| 10/18/2023 | JPF | Work on schedules | 0.50 | 200.00 |
| 10/19/2023 | CMP | Review of e-mail from client regarding information needed to complete schedules | 0.20 | 85.00 |
| 10/19/2023 | JPF | Revise and file schedules, call with Smith regarding same. | 0.60 | 240.00 |
| 11/08/2023 | JPF | Call with Smith to prepare for 341. | 0.30 | 120.00 |
| 11/27/2023 | JPF | Prepare MOR. | 0.30 | 120.00 |
| 01/24/2024 | JPF | E-MAIL regarding mors | 0.10 | 40.00 |
| 02/20/2024 | JPF | Draft January MOR | 0.20 | 80.00 |
| 02/21/2024 | JPF | E-mails regarding MOR and file same. | 0.10 | 40.00 |
|  |  |  | Sub-total Fees: | 1,024.00 |
|  |  |  | 10% Courtesy Discount | (102.40) |
|  |  |  | 10% Courtesy Discount | (102.40) |

| **Totals This Matter: 22466-1002** | Total Current Billing: | $921.60 |
|---|---:|---:|
|  | Previous Balance Due: | $0.00 |
|  | Interest on Past Due Balance: | $0.00 |
|  | Payments: | $0.00 |
|  | **Sub-Total This Matter:** | **$921.60** |

Matter ID: 22466-1003
Administration

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---|---|
| 10/06/2023 | CMP | E-mails with Acevedo regarding IDI; Calendar same | 0.20 | 85.00 |
| 10/06/2023 | CMP | Review of client responses to UST questions for IDI | 0.20 | 85.00 |
| 10/09/2023 | CMP | Review of e-mails regarding scheduling of 341 meeting | 0.20 | 85.00 |
| 10/10/2023 | CMP | Conference with Fasano regarding IDI | 0.20 | 85.00 |
| 10/11/2023 | CMP | Review of notice of status conference | 0.20 | 85.00 |
| 10/11/2023 | CMP | E-mails to Acevedo forwarding IDI related items; E-mails and telephone call with client regarding same | 0.40 | 170.00 |
| 10/11/2023 | CMP | Telephone call with client regarding IDI | 0.20 | 85.00 |
| 10/11/2023 | CMP | Attend IDI | 0.40 | 170.00 |
| 10/11/2023 | JPF | Calendar case deadlines and e-mail Smith regarding same. | 0.20 | 80.00 |
| 10/23/2023 | CMP | Draft e-mails to Acevedo forwarding MOCRs and waivers | 0.20 | 85.00 |
| 10/23/2023 | CMP | Draft e-mail to client regarding property insurance | 0.20 | 85.00 |
| 11/01/2023 | CMP | Review of e-mails from client and Strickland regarding foreclosure notice for 41st Street property | 0.20 | 85.00 |
| 11/02/2023 | CMP | Review of e-mail from client regarding junk fees and expenses in WCP payoff | 0.20 | 85.00 |
| 11/09/2023 | CMP | Conference with client regarding insurance cancellation; E-mail to UST regarding same; Resend consent orders | 0.30 | 127.50 |
| 11/09/2023 | CMP | Prepare for and attend 341 Meeting; Follow-up call with client | 0.60 | 255.00 |
| 11/09/2023 | CMP | Review and reply to e-mail from UST regarding documents requested for 341 meeting | 0.40 | 170.00 |
| 11/20/2023 | CMP | E-mails with client regarding insurance problems | 0.20 | 85.00 |
| 11/20/2023 | JPF | Call with M. Verstandig, J. Smith regarding global plan. | 0.40 | 160.00 |
| 11/27/2023 | CMP | Review and reply to e-mail from UST regarding insurance; Review of e-mails from client regarding same | 0.20 | 85.00 |
| 11/28/2023 | CMP | Review of Motion to Dismiss and Motion to Expedite; Forward same to client with analysis | 0.20 | 85.00 |
| 12/05/2023 | CMP | Review of e-mails concerning insurance; Update | 0.20 | 85.00 |
| 12/11/2023 | CMP | Review of orders denying motion to dismiss or convert | 0.20 | 85.00 |
| 12/14/2023 | CMP | E-mails with client and UST regarding insurance | 0.20 | 85.00 |
| 12/15/2023 | CMP | E-mails with client and UST regarding insurance certificate | 0.20 | 85.00 |

|  | Sub-total Fees: | 2,577.50 |
|---|---|---|
|  | 10% Courtesy Discount | (257.75) |
|  | 10% Courtesy Discount | (257.75) |

**Totals This Matter: 22466-1003**

| Total Current Billing: | $2,319.75 |
|---|---|
| Previous Balance Due: | $0.00 |

|  |  |
|---|---:|
| Interest on Past Due Balance: | $0.00 |
| Payments: | $0.00 |
| **Sub-Total This Matter:** | **$2,319.75** |

Matter ID: 22466-1004
Employment and Fee Application

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---:|---:|
| 10/06/2023 | CMP | Amend Application to Employ; File and prepare same for service (Avamere NPS Carpenters, LLC) | 0.50 | 212.50 |
| 10/11/2023 | JPF | Confer regarding disclosure of compensation. | 0.10 | 40.00 |
| 10/31/2023 | CSM | Mailing of Amended Application to Employ McNamee Hosea, P.A | 0.20 | 28.00 |
| 01/16/2024 | JPF | Work on fee application (w/o numbers) (0.4); draft employment order (0.1) | 0.50 | 200.00 |
| | | Sub-total Fees: | | 480.50 |
| | | 10% Courtesy Discount | | (48.05) |
| | | 10% Courtesy Discount | | (48.05) |

|  |  |
|---|---:|
| **Totals This Matter: 22466-1004**  Total Current Billing: | $432.45 |
| Previous Balance Due: | $0.00 |
| Interest on Past Due Balance: | $0.00 |
| Payments: | $0.00 |
| **Sub-Total This Matter:** | **$432.45** |

Matter ID: 22466-1005
Disclosure Statement and Plan

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---:|---:|
| 10/25/2023 | CMP | Telephone call with client and co-counsel regarding plan for reorganization and negotiating with secured creditors | 0.50 | 212.50 |
| 10/25/2023 | JPF | Conference call with Strickland, Palik and clietn regarding plan. | 0.50 | 200.00 |
| 11/03/2023 | JPF | Call with Saul and Gerald. | 0.30 | 120.00 |
| 11/16/2023 | JPF | Review B&L settlement. | 0.30 | 120.00 |
| 11/27/2023 | JPF | Work on resolution of Odeh liability relating to loan sale of 2524 41st. | 1.50 | 600.00 |
| 11/30/2023 | JPF | Call with J. Smith, I Saul regarding settlement. | 0.30 | 120.00 |
| 01/10/2024 | JPF | Work on plan (1.0); MOR (0.2); withdrawal (0.1); heairng notice (0.1). | 1.40 | 560.00 |
| 01/12/2024 | JPF | Revise plan/ disclosure statement. | 0.80 | 320.00 |
| 01/16/2024 | JPF | Final revision to plan and ds (.4); draft notice remotion to combine (0.1); draft confirmation order (0.5); draft ballots (0.2); tally of ballots (0.1). | 1.30 | 520.00 |
| 01/17/2024 | JPF | Finalize plan filing. | 0.50 | 200.00 |
| 02/01/2024 | JPF | Work on plan COS. | 0.30 | 120.00 |
| 02/02/2024 | JPF | Call with J. Smith regarding plan logistics. | 0.10 | 40.00 |
| 02/06/2024 | JPF | Finalize COS, coordinate service. | 0.20 | 80.00 |
| 02/06/2024 | MEE | Prepare mailing for class ballot | 0.30 | 34.50 |
| 02/16/2024 | JPF | Call with Verstandig regarding items needed for plan. | 0.10 | 40.00 |
| 03/06/2024 | JPF | Draft tally of ballots | 0.10 | 40.00 |
| 03/11/2024 | JPF | Call and e-mail Verstandig/ Eustis regarding confirmation order. | 0.30 | 120.00 |
| 03/12/2024 | JPF | Prepare for confirmation hearing. | 0.20 | 80.00 |
| 03/13/2024 | JPF | Prepare for and attend confirmation | 0.40 | 160.00 |
| | | Sub-total Fees: | | 3,687.00 |
| | | 10% Courtesy Discount | | (368.70) |
| | | 10% Courtesy Discount | | (368.70) |

| **Totals This Matter: 22466-1005** | | |
|---|---:|---:|
| Total Current Billing: | | $3,318.30 |
| Previous Balance Due: | | $0.00 |
| Interest on Past Due Balance: | | $0.00 |
| Payments: | | $0.00 |
| **Sub-Total This Matter:** | | **$3,318.30** |

| | | |
|---|---:|---:|
| Previous Balance Due: | | $0.00 |
| Total Current Fees: | | $9,116.10 |

Page:5

| | |
|---:|---:|
| Total Current Expenses: | $31.00 |
| Interest on Past Due Balance: | $0.00 |
| Total Current Billing: | $9,147.10 |
| Total Payments: | $0.00 |
| **Total Now Due:** | **$9,147.10** |

***Thank You!***
Terms:  Net Due Upon Receipt
Please include Matter ID Number with Remittance
**Please visit www.mhlawyers.com/payments to pay online**
**We accept VISA, MasterCard, Discover, American Express and ACH (bank to bank) payments.**