Label Matrix for local noticing
0090-1
Case 23-00286-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Wed Jan 17 11:49:43 EST 2024

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802


Odeh Properties, LLC
12839 Rose Grove Drive
Silver Spring, MD 20910


WCP Fund I, LLC
2815 Hartland
Falls Church, VA 22043-3548


Avamere NRS Carpenters LLC
c/o James Smith
44050 Ashburn Shopping Plaza
Suite 195-637
Ashburn, VA 20147-7915


Linden and Cassedy Condominium
c/o Brandon Fields, Esq.
Rudolph Fileds
4416 East-West Hwy
Bethesda, MD 20814-4565


The National Park Seminary
Master Association, Inc.
C/O ABARIS REALTY, INC.
7811 MONTROSE ROAD, SUITE 110
Potomac, MD 20854-3349


Craig Palik
McNamee Hosea
6404 Ivy Lane
Suite 820
Greenbelt, MD 20770-1416


WCP Fund I LLC
c/o Maurice B. VertSandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy
#665
Henderson, NV 89012-4422


Montgomery County
Department of Finance
Division of Tresury
255 Rockville Pike, L-15
Rockville, MD 20850-4188


U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489


Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 20770-1416


End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11