The order below is hereby signed.

Signed: April 8 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 23-00285-ELG |
| | ) | |
| **AVAMERE NPS STABLES LLC** | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| **In re:** | ) | Case No. 23-00286-ELG |
| | ) | |
| **AVAMERE NPS CARPENTERS LLC** | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF**
**MCNAMEE HOSEA, P.A. FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the *First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application," Stables Docket No. 66; Carpenters Docket No. 54) for the period of October 5, 2023 through March 13, 2024 (the "Application Period") filed by McNamee Hosea, P.A. ("McNamee Hosea"), counsel to

Avamere NPS Stables LLC ("Stables") and Avamere NPS Carpenters LLC ("Carpenters," and collectively with Stables, the "Debtors"), having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is GRANTED; and it is further

**ORDERED,** that, as to Stables, the request contained within the Application be, and the same is hereby, approved and allowed, on a final basis, in the amount of $11,289.60 as compensation for services rendered during the Application Period, and in the additional amount of $1.89 for reimbursement for out-of-pocket expenses; and it is further

**ORDERED,** that, as to Carpenters, the request contained within the Application be, and the same is hereby, approved and allowed, on a final basis, in the amount of $9,296.10 as compensation for services rendered during the Application Period, and in the additional amount of $31.00 for reimbursement for out-of-pocket expenses; and it is further

**ORDERED**, that the request contained within the Application be, and the same is hereby, approved and allowed, and that the Debtors are authorized to pay McNamee Hosea the amounts awarded above; and it is further

**ORDERED**, that McNamee Hosea is authorized to draw down on its retainers to pay the amounts awarded above.

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (VSB MD21201)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for Debtor*

By: /s/ Kristen S. Eustis
Kristen S. Eustis (DC Bar No. MD28984)
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

                        cc:        James Smith
                                   44050 Ashburn Shopping Plaza
                                   Suite 195-637
                                   Ashburn, VA 20147

                                   Office of the United States Trustee
                                   1725 Duke Street, Suite 650
                                   Alexandria, VA 22314