**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 23-00285-ELG |
| | ) | |
| **AVAMERE NPS STABLES LLC,** | ) | (Chapter 11) |
| | ) | |
|     **Liquidating Debtor.** | ) | |
| | ) | |
| **In re:** | ) | Case No. 23-00286-ELG |
| | ) | |
| **AVAMERE NPS CARPENTERS LLC** | ) | (Chapter 11) |
| | ) | |
|     **Liquidating Debtor.** | ) | |
| | ) | |

## FINAL DECREE

Upon consideration of the Motion for Final Decree (the "Motion") filed by Avamere NPS Stables LLC ("Stables") and Avamere NPS Carpenters LLC ("Carpenters," and collectively with Stables, the "Liquidating Debtors"), and any opposition having been filed; it is by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, the Motion for Final Decree is GRANTED; and it is further

ORDERED, that the Clerk is directed to CLOSE these cases.

<u>I ASK FOR THIS</u>

<u>/s/ *Justin P. Fasano*</u>
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Debtors*

**<u>SEEN AND NO OBJECTION</u>**

GERARD VETTER,
ACTING U.S. TRUSTEE, REGION 4

<u>TO BE ADDED</u>