The order below is hereby signed.

Signed: June 20 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | Case No. 23-00285-ELG |
| | ) | |
| **AVAMERE NPS STABLES LLC,** | ) | (Chapter 11) |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |
| **In re:** | ) | Case No. 23-00286-ELG |
| | ) | |
| **AVAMERE NPS CARPENTERS LLC** | ) | (Chapter 11) |
| | ) | |
| Liquidating Debtor. | ) | |
| | ) | |

## FINAL DECREE

Upon consideration of the Motion for Final Decree (the "Motion") filed by Avamere NPS Stables LLC ("Stables") and Avamere NPS Carpenters LLC ("Carpenters," and collectively with Stables, the "Liquidating Debtors"), and any opposition having been filed; it is by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED, the Motion for Final Decree is GRANTED; and it is further

ORDERED, that the Clerk is directed to CLOSE these cases and it is further

ORDERED, that WCP Fund I, LLC shall pay any U.S. Trustee fees due for the second quarter of 2024.

<u>I ASK FOR THIS</u>

<u>/s/ *Justin P. Fasano*</u>
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Debtors*

**<u>SEEN AND NO OBJECTION</u>**

GERARD VETTER,
ACTING U.S. TRUSTEE, REGION 4

By: <u>/s/ Kristen S. Eustis          </u>
Kristen S. Eustis (DC Bar No. MD28984)
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

WCP FUND I LLC

By: <u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com